# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTONIO DELGADO-JAIMES, *Plaintiff* | § § § | |
| v. | § § | Case No.  SA-25-CA-01434-XR |
| PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; REYNALDO CASTRO, WARDEN, SOUTH TEXAS ICE PROCESSING CENTER; SYLVESTER ORTEGA, FIELD OFFICE DIRECTOR, ICE; TODD M. LYONS, DIRECTOR, ICE; AND KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; *Defendants* | § § § § § § § § § § § | |

## ORDER FOR SERVICE

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Antonio Delgado-Jaimes, a native and citizen of Mexico, who is currently in detention in the South Texas Ice Processing Center in Pearsall, Texas, located in the Western District of Texas. ECF No. 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents: Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and Sylvester M. Ortega, Field Office Director of the San Antonio Office for Immigration and Customs Enforcement, Enforcement and Removal Operations. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process

Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas 78061, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 12th day of November, 2025.

							_____
							XAVIER RODRIGUEZ
							UNITED STATES DISTRICT JUDGE